# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DEDRONE R. WILSON**                                **PLAINTIFF**

v.                  No: 4:18-cv-72 DPM

**RYALS**, Sheriff, Faulkner County
Sheriff's Office; **ANDREWS**,
Lieutenant, Faulkner County
Sheriff's Office; and **PAIGE**, Sergeant,
Faulkner County Sheriff's Office            **DEFENDANTS**

## JUDGMENT

Wilson's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

2 April 2018